IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EARNEST CLAYTON,

    Plaintiff,

v.

STANLEY WILLIAMS, et al.,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-174

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Plaintiff filed Objections, (doc. 8). The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **OVERRULES** Plaintiff's Objections.[1]

The Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 20th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Contemporaneously with his Objections, Plaintiff filed another Amended Complaint. (Doc. 9.) Plaintiff once again simply repeats the same, few paragraphs with slight variations, though this time Plaintiff names only thirteen (13) Defendants instead of the approximately 60 Defendants he named in his original Complaint. Nonetheless, this Third Amended Complaint, even if timely, is still deficient for the reasons identified in the Magistrate Judge's Report and Recommendation.